**Dismissed and Opinion Filed August 15, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01378-CV

### KANESHA JACKSON GILLIAND, Appellant
### V.
### DOUGLAS HAROLD CAMPBELL, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-20219**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Francis

Appellant's brief in this case is overdue. By postcard dated June 20, 2016, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Molly Francis/
MOLLY FRANCIS
JUSTICE

151378F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KANESHA JACKSON GILLIAND,
Appellant

No. 05-15-01378-CV        V.

DOUGLAS HAROLD CAMPBELL,
Appellee

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-08-20219.
Opinion delivered by Justice Francis.
Justices Fillmore and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DOUGLAS HAROLD CAMPBELL recover his costs of this appeal from appellant KANESHA JACKSON GILLIAND.

Judgment entered August 15, 2016.